**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 17-1832**

—————————

JOHN P. TURNER,

                Plaintiff - Appellant,

        v.

SOCIAL SECURITY ADMINISTRATION,

                Defendant - Appellee.

—————————

Appeal from the United States District Court for the Western District of Virginia, at Harrisonburg.  Michael F. Urbanski, Chief District Judge.  (5:17-cv-00058-MFU)

—————————

Submitted:  November 17, 2017                    Decided:  December 5, 2017

—————————

Before NIEMEYER, TRAXLER, and WYNN, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

John Paul Turner, Appellant Pro Se. Evelyn Rose Marie Protano, SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Paul Turner appeals the district court's orders dismissing this action for want of administrative exhaustion and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Turner v. Social Sec. Admin.,* No. 5:17-cv-00058-MFU (W.D. Va. June 8 & 19, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*